UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FERNANDO RODRIGUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>KOLWANT S. WALLIA dba ROSELAND GAS MART,<br><br>    Defendant. | Case No: C 11-03854 SBA<br><br>**JUDGMENT** |

    In accordance with the Court's Order Accepting Report and Recommendation of Magistrate Judge,

    IT IS HEREBY ORDERED THAT judgment in favor of Plaintiff Fernando Rodriguez in the amount of $6,934.00 shall be entered against Kolwant S. Wallia dba Roseland Gas Mart.

    IT IS SO ORDERED.

Dated: May 18, 2012

                                                                    SAUNDRA BROWN ARMSTRONG<br>
                                                                      United States District Judge